UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEHUA HE,<br><br>                    Plaintiff,<br><br>         v.<br><br>SAN FRANCISCO ASYLUM OFFICE,<br><br>                    Defendant. | Case No.  1:24-cv-00020-NODJ-BAM<br><br>**ORDER VACATING JANUARY 16, 2024 ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS**<br><br>(Doc. 2) |

Plaintiff Yuehua He ("Plaintiff"), proceeding *pro se*, filed the instant action on January 5, 2024.  (Doc. 1.)  On January 16, 2024, the Court directed Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within thirty (30) days.  (Doc. 2.)  However, updated Court records reflect that Plaintiff paid the filing fee in full.  Accordingly, the Court's January 16, 2024 order is HEREBY VACATED as it was issued in error.

IT IS SO ORDERED.

   Dated:   **January 22, 2024**                    /s/ *Barbara A. McAuliffe*           
                                                   UNITED STATES MAGISTRATE JUDGE

1