UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUEHUA HE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO ASYLUM OFFICE,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00020-KES-BAM<br><br>ORDER REGARDING STATUS CONFERENCE<br><br>ORDER SETTING STATUS CONFERENCE<br><br>Status Conference:　August 7, 2024<br>　　　　　　　　　　　8:30 a.m.<br>　　　　　　　　　　　Courtroom 8 (BAM) |

　　　On May 2, 2024, the Court convened a status conference to address the status of the case. Plaintiff Yuehua He appeared in person on her own behalf. Counsel Elliot Wong appeared by telephone on behalf of Defendant San Francisco Asylum Office. Counsel for Defendant informed the Court that the government was planning to provide notice of an interview to Plaintiff by June 17, 2024 to set an interview with the asylum office, and planned to complete Plaintiff's asylum interview within a few months of the June 17 notice. Plaintiff asked whether she may bring a translator with her to subsequent hearings, and the Court informed her that she may bring someone to translate for her.

///

///

///

1

To allow the parties time to potentially resolve the matter, the Court SETS a status conference for **August 7, 2024, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall appear at the conference by telephone using the following dial-in number and access code: ***dial-in number 1-877-411-9748; access code 3219139***.

IT IS SO ORDERED.

Dated:   **May 2, 2024**                          /s/ *Barbara A. McAuliffe*            _
                                                    UNITED STATES MAGISTRATE JUDGE