UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| YUEHUA HE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO ASYLUM OFFICE,<br><br>　　　　Defendant. | Case No.  1:24-cv-00020-KES-BAM<br><br>ORDER REGARDING STIPULATION FOR TEMPORARY ABEYANCE<br><br>(Doc. 17)<br><br>Status Conference:   December 4, 2024<br>　　　　　　　　　　　 9:00 a.m.<br>　　　　　　　　　　　 Courtroom 8 (BAM) |
|---|---|

On May 31, 2024, the parties filed a stipulation for temporary abeyance through November 15, 2024.  (Doc. 17.)  In this stipulation, they note that they anticipate the matter will be rendered moot once USCIS completes adjudication of Plaintiff's application.  (*Id.*)  The parties further note that the adjudication should be completed within 120 days of Plaintiff's interview, currently scheduled for July 18, 2024, and also note that if USCIS needs to reschedule the interview, it intends to do so within four weeks of the currently scheduled interview.  (*Id.*)

To allow the parties time for potential resolution of this matter, the status conference set for August 7, 2024, at 8:30 AM is continued to **December 4, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  If the parties file a notice of dismissal prior to the conference, then the conference will be vacated.  The parties shall appear at the

1

conference by telephone using the following dial-in number and access code: ***dial-in number 1-877-411-9748; access code 3219139***.

IT IS SO ORDERED.

Dated:   **May 31, 2024**                             /s/ *Barbara A. McAuliffe*            
                                                                        UNITED STATES MAGISTRATE JUDGE